IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY ALLISON,<br><br>          Plaintiff,<br>    v.<br><br>PENNCRO ASSOCIATES, INC.,<br>          Defendant. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 08-5801<br>:<br>:<br>:<br>: |

**MODIFIED SCHEDULING ORDER**

     **AND NOW**, this \_\_\_of January, 2010, **IT IS HEREBY ORDERED AND DECREED** that this Court's May 12, 2009 Scheduling Order (Doc. 8) is **MODIFIED** as follows:

    1.    All motions for summary judgment or partial summary judgment shall be filed or served on or before **Monday, March 1, 2010**;

    2.    The party against whom the motion for summary judgment is addressed shall file and serve a response on or before **Monday, March 15, 2010**;

    3.    A reply of a moving party must be filed not later than ten (10) days after the response is served; and

    4.    This case will be placed on the Court's Trial List on **Monday, June 14, 2010**.

All other provisions of this Court's May 12, 2009 Scheduling Order remain in effect.

                                            **BY THE COURT:**

                                            /s/ Petrese B. Tucker
                                            _____
                                            **Hon. Petrese B. Tucker, U.S.D.J.**